UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
NOV 12 2015
AT_____O'CLOCK_____
Lawrence K. Baerman, Clerk - Binghamton

JASON NATALE,

              Plaintiff,

**Stipulation of Discontinuance**
**Civil Action No:**
**1:15-cv-00900- TJM/CFH**

VOODOO BREWING COMPANY, LLC,

              Defendant.

---

***It is hereby stipulated and agreed,*** by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, with prejudice and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Date: 10-28-15

_____
HORIGAN, HORIGAN & LOMBARDO, P.C.
Attorneys for Plaintiff
49 East Main Street, P.O. Box 520
Amsterdam, New York 12010

Date: 11/5/15

_____
GOLDBERG SEGALLA
Attorneys for Defendant
8 Southwoods Boulevard, Suite 300
Albany, New York 12211


SO ORDERED.

Dated: November 11, 2015

_____
Hon. Thomas J. McAvoy, SUSDJ